NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

KRISTA MARIE CLINE, *Petitioner*.

No. 1 CA-CR 24-0509 PRPC
FILED 02-13-2025

Appeal from the Superior Court in Yavapai County
No. V1300CR201880022
The Honorable Michael R. Bluff, Judge

**AFFIRMED**

COUNSEL

Yavapai County Attorney's Office, Prescott
By Glen M. Asay
*Counsel for Respondent*

Krista Marie Cline, Goodyear
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Brian Y. Furuya, Chief Judge David B. Gass, and Vice Chief Judge Randall M. Howe delivered the decision of the court.

---

**PER CURIAM**:

**¶1**        Petitioner Krista Marie Cline seeks review of the superior court's order denying her petition for post-conviction relief. This is petitioner's first petition.

**¶2**        Absent an abuse of discretion or error of law, This Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577 ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538 ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**        We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, the petition for review, and the State's notice of acknowledgment of petition for review. We find that petitioner has not established an abuse of discretion.

**¶4**        We grant review but deny relief.

